UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| OLDE GLORY CONTRACTORS, INC. | : CASE NO. 1:24-bk-00012-HWV |
| Debtor | : CHAPTER 7 |
| LEON P. HALLER, TRUSTEE FOR OLDE GLORY CONRACTORS, INC. | : ADVERSARY NO. 1:25-ap-00060-HWV |
| Plaintiff | : |
| vs. | : |
| KENDALL MOORE<br>AMANDA MOORE | : |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, Leon P. Haller, Trustee hereby certify that a true and correct copy of the foregoing Summons and Complaint of Chapter 7 Trustee for Turnover of Property Pursuant to 11 U.S.C. §542 was forwarded to the following by Certified mail and regular U.S. Mail, first class service, postage prepaid, on September 19, 2025, addressed as follows (see attached proof of mailing):

Kendall Moore
4030 Carrick Court
Emmitsburg, MD 21727

Amanda Moore
4030 Carrick Court
Emmitsburg, MD 21727

/s/Leon P. Haller
Leon P. Haller, Trustee
1719 North Front Street
Harrisburg, PA 17102
(717) 234-4178
lhaller@pkh.com

Dated: September 23, 2025

SERVICE OF SUMMONS AND COMPLAINT OF CHAPTER 7 TRUSTEE FOR TURNOVER OF
PROPERTY—1:24-BK-00012-HWV CHAPTER 7 MIDDLE DISTRICT

U. S. POSTAL SERVICE
CERTIFICATE OF MAILING
(In compliance with Postal Service Form 3877)

Received from:
    Purcell, Krug & Haller
    1719 North Front Street
    Harrisburg, PA 17102

Postage:
Postmark: SEP 19 2025

Certified Article Number
9414 7266 9904 2234 0539 18
SENDER'S RECORD

One piece of ordinary mail addressed to:

**KENDALL MOORE**
**4030 CARRICK COURT**
**EMMITSBURG, MD 21727**



U. S. POSTAL SERVICE
CERTIFICATE OF MAILING
(In compliance with Postal Service Form 3877)

Received from:
    Purcell, Krug & Haller
    1719 North Front Street
    Harrisburg, PA 17102

Postage:
Postmark: SEP 19 2025

Certified Article Number
9414 7266 9904 2234 0539 01
SENDER'S RECORD

One piece of ordinary mail addressed to:

**AMANDA MOORE**
**4030 CARRICK COURT**
**EMMITSBURG, MD 21727**





US POSTAGE — PITNEY BOWES
CORRECTION
ZIP 17102 $004.80
02 7W
0008042097 SEP. 19. 2025

